No. A–616 (76–1104). SAGRACY *v.* UNITED STATES. C. A. 6th Cir. Application for stay of execution and enforcement of judgment of conviction, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–643. ST. LOUIS BOARD OF EDUCATION *v.* CALDWELL ET AL. Application to recall and stay mandate of the United States Court of Appeals for the Eighth Circuit, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied by an equally divided Court. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. A–647 (76–978). BRIDGETON HOSPITAL ASSN. ET AL. *v.* DOE ET AL. Application for stay of judgment of the Supreme Court of New Jersey, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 75–1181. BATTERTON, SECRETARY, DEPARTMENT OF HUMAN RESOURCES OF MARYLAND *v.* FRANCIS ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 939.] Motion of respondent Francis to strike brief of Chamber of Commerce of the United States denied.

No. 75–1264. INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, LOCAL 790 *v.* ROBBINS & MYERS, INC., ET AL.; and

No. 75–1276. GUY *v.* ROBBINS & MYERS, INC., ET AL., *ante,* p. 229. Motion of respondent Robbins & Myers, Inc., to retax costs denied.

No. 75–1704. ALEXANDER, SECRETARY OF THE ARMY *v.* FIOTO. Appeal from D. C. E. D. N. Y. [Probable jurisdiction noted *sub nom. Hoffmann* v. *Fioto, ante,* p. 814.] Motion of the Acting Solicitor General to permit Stephen L. Urbanczyk, Esquire, to present oral argument *pro hac vice* granted.